UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-60553-CIV-ZLOCH

GERALD R. MOORE,

    Plaintiff,

vs.    **O R D E R**

COMMONWEALTH FINANCIAL SYSTEMS,
INC., d/b/a NORTHEAST CREDIT
& COLLECTION,

    Defendant.

_____/

    THIS MATTER is before the Court upon the Motion To Withdraw As Counsel (DE 15) filed herein by Golden & Scaz, PLLC. The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The aforementioned Motion To Withdraw As Counsel (DE 15) be and the same is hereby **GRANTED**, and the firm of Golden & Scaz, PLLC is hereby relieved of all further responsibility in the representation of the Defendant herein;

    2. The Court notes that the Defendant, Commonwealth Financial Systems, Inc. is a corporation. It is a well-settled principle of law that a corporation cannot appear pro se and must be represented by counsel. See National Indep. Theater Exhibitors, Inc. v. Buena Vista Distrib. Co., 748 F.2d 602 (11th Cir. 1985), cert. denied 471 U.S. 1056 (1985); Southwest Express Co., Inc. v. Interstate Commerce Comm'n, 670 F.2d 53 (5th Cir. 1982).

    **IT IS FURTHER ORDERED AND ADJUDGED** that the Defendant,

Commonwealth Financial Systems, Inc., shall have until on or before Noon, September 12, 2012 within which to retain legal representation and to have a Notice of Appearance filed by counsel of record for said corporation.  Upon the failure of Commonwealth Financial Systems, Inc. to obtain legal representation and to have a Notice of Appearance filed by September 12, 2012, the Court, sua sponte, without further notice of hearing, shall strike all papers filed by Commonwealth Financial Systems, Inc.; and

As of the date of this Order, all future pleadings filed in the above-styled cause shall be served upon the Defendant, Commonwealth Financial Systems, Inc., at the following address:

> Commonwealth Financial Systems, Inc.
> c/o Matt Healey
> 245 Main Street
> Dickson City, PA 18519

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___23rd___ day of August, 2012.

*[signature]*
WILLIAM J. ZLOCH
United States District Judge

Copies furnished to:

All Counsel of Record

Commonwealth Financial Systems, Inc.
c/o Matt Healey
245 Main Street
Dickson City, PA 18519