UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-60553-CIV-ZLOCH

GERALD R. MOORE,

    Plaintiff,

**DEFAULT FINAL JUDGMENT**

vs.

COMMONWEALTH FINANCIAL SYSTEMS,
INC., d/b/a NORTHEAST CREDIT
& COLLECTION

    Defendant.
_____/

THIS MATTER is before the Court upon Plaintiff Gerald R. Moore's Motion For Default Final Judgment (DE 27). The Court has carefully reviewed said Motion, the entire court file and is otherwise fully advised in the premises.

By prior Order (DE 21), the Court noted that Defendant Commonwealth Financial Systems, Inc. d/b/a Northeast Credit & Collection ("Commonwealth") cannot proceed pro se and allowed it until Wednesday, September 12, 2012, to retain representation and have a Notice of Appearance filed by the same. See DE 21. The Court also informed Defendant that upon its failure to secure counsel and file a Notice of Appearance for the same, the Court would enter a default. See DE 21. Defendant Commonwealth has failed to obtain representation and have a Notice of Appearance filed by the same within the time prescribed by the Court's prior Order. See DE 21.

The well-pleaded allegations made in Plaintiff's Complaint (DE 1) are deemed to have been admitted by Defendant by virtue of its default. Cotton v. Mass. Mut. Life Ins. Co., 402 F.3d 1267, 1277-78 (11th Cir. 2005) (citations omitted). Thus, the Court finds

that Defendant, or another party acting on its behalf, called Plaintiff's cellular phone, by using an automatic telephone dialing system or a pre-recorded artificial voice in violation of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227(b)(1)(A)(iii). See DE 1. Plaintiff is entitled to recover statutory damages of $500.00 for each of Defendant's violations of the TCPA, pursuant to 47 U.S.C. § 227(b)(3)(B). In Plaintiff's Complaint (DE 1), he states that he received call<u>s</u> (emphasis added). In his Declaration In Support Of Plaintiff's Motion For Entry Of A Default Final Judgment (DE 28), Plaintiff states, "I would estimate that I received in excess of 100 prerecorded messages, but I am absolutely certain that it was in excess of 50." See DE 28, ¶ 2. Plaintiff therefore seeks, under 47 U.S.C. § 227(b)(3), the statutorily permissible $500.00 per call for each of the 50 calls and a permanent injunction (DE 27). Plaintiff additionally seeks post-judgment interest. *Id.* The Court notes that Plaintiff does not seek damages for a willful or knowing violation. *Id.*, p. 6. The Court will therefore award Plaintiff $25,000 in damages under 47 U.S.C. § 227(b)(3)(B), post-judgment interest, and a permanent injunction under 47 U.S.C. § 227(b)(3)(A).

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Court has jurisdiction over the parties hereto and the subject matter herein;

    2. Plaintiff Gerald R. Moore's Motion For Default Final Judgment (DE 27) be and the same is hereby **GRANTED;**

3. Pursuant to Federal Rules of Civil Procedure 55 and 58, Default Final Judgment be and the same is hereby **ENTERED** in favor of Plaintiff Gerald R. Moore and against Defendant Commonwealth Financial Systems, Inc. d/b/a Northeast Credit & Collection;

4. Plaintiff Gerald R. Moore does have and recover from Defendant Commonwealth Financial Systems, Inc. d/b/a Northeast Credit & Collection the sum of $25,000.00 together with interest thereon at a rate of 0.18% per annum, for all of which let execution issue;

5. Defendant Commonwealth Financial Systems, Inc. d/b/a Northeast Credit & Collection is permanently enjoined from placing non-emergency calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice without Plaintiff's prior express consent; and

6. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this   26th   day of October, 2012.

                                                          _/s/ William J. Z_____
                                                          WILLIAM J. ZLOCH
                                                          United States District Judge

Copies furnished:

All Counsel of Record

Commonwealth Financial Systems, Inc.
c/o Matt Healey
245 Main Street
Dickson City, PA 18519